AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 29, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| MIGUEL VALENCIA GONZALEZ, SOCORRO ISABEL SOLTERO, and MARIA TRINIDAD RIVERA CERDA, <br><br> *Plaintiff* <br><br> v. <br><br> KARLA MORAN, ALEJANDRO MAYORKAS, UR MENDOZA JADDOU, ANTONY J. BLINKEN, PHILLIP SLATTERY and RICHARD C. VISEK <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br><br> Civil Action No.  1:24-cv-3047-EFS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Defendants' Motion to Dismiss, ECF No. 11, is GRANTED.
Judgment is entered in Defendants' favor with prejudice as to Plaintiff's I-601A-related claims over which the court lacks subject-matter jurisdiction and without prejudice asto Plaintiff's remaining claims.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Edward F. Shea _____ on Defendants Motion to Dismss.

Date:  8/29/2024 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Nicole Cruz _____

*(By) Deputy Clerk*

Nicole Cruz _____